## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br>9 ST. ALBANS ROAD,<br>CORINNA, MAINE, with all<br>appurtenances and improvements thereon,<br><br>Defendant *In Rem*. | No. 1:24-cv-00165-JAW<br><br><br><br>OWNER OF RECORD: 336 Apex Inc. |

### LIS PENDENS

NOTICE is hereby given of the pendency of a civil forfeiture action against certain real property located at 9 St. Albans Road, Corrina, Maine as evidence by a Verified Complaint for Forfeiture in-rem filed with the Clerk of the United States District Court in and for the District of Maine on or about May 9, 2024. The civil forfeiture complaint alleges that the property is forfeitable pursuant to 21 U.S.C. §§ 881(a)(7), and 28 U.S.C. § 2461(a).

The property being sought for forfeiture is certain real property, with all appurtenances and improvements thereon, located at 9 St. Albans Road, Corinna, Penobscot County, Maine, as follows:

| Address | City/Town | Owner of Record | Map/Lot or Parcel ID | Deed Book/Page |
|---|---|---|---|---|
| 9 St. Albans Road | Corinna | 336 APEX INC. | 18/52 | 15936/164 |

The defendant *in rem* property's owner of record is associated with the following individual:

| Owner of Record | Associated Person | Titles | Source |
|---|---|---|---|
| 336 APEX INC. | WEN HUI LI | President, Treasurer, Director, Incorporator, Clerk | Maine Secretary of State records |

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the District of Maine, at Bangor, Maine.

Dated at Portland, Maine, this 15th day of May, 2024.

DARCIE N. MCELWEE
United States Attorney

*/s/ Andrew K. Lizotte*
Andrew K. Lizotte
Assistant U. S. Attorney

## CERTIFICATION

I hereby certify that a Verified Complaint for Forfeiture was filed in the above-captioned matter in the United States District Court for the District of Maine on May 9, 2024.

Dated: May 15, 2024

BY: _Cheryl Derrah_
Cheryl Derrah
Case Manager

(AFFIX SEAL)