# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v.<br>9 ST. ALBANS ROAD,<br>CORINNA, MAINE, with all appurtenances and improvements thereon, | No. 1:24-cv-00165-JAW |
| Defendant *In Rem*. | |

## WRIT OF ENTRY

WHEREAS, the United States having requested that the Court issue a Writ of Entry, pursuant to the Court's authority under 18 U.S.C. §§ 983(j)(1)(A) and 985(b)(2), authorizing the United States to enter the following real property:

| Address | City/Town | Owner of Record | Map/Lot or Parcel ID | Deed Book/Page |
|---|---|---|---|---|
| 9 St. Albans Road | Corinna | 336 APEX INC. | 18/52 | 15936/164 |

AND, WHEREAS, good and sufficient cause having been shown,

IT IS HEREBY ORDERED AND ADJUDGED, that the United States' Motion for Writ of Entry to the above-listed property, is granted;

IT IS FURTHER ORDERED, that officials of the United States Marshal's Service and/or their agents and designees, are hereby authorized as follows:

1. To enter the real property, for the purpose of conducting an inventory, inspection, and appraisal of the real property;

2. To be accompanied on any such occasion by any federal, state, and/or local law enforcement officers selected by the United States to ensure the safety of any person acting under the Writ of Entry; and

3. That any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished for contempt of a court order, and as a violation of 18 U.S.C. § 2232, for disposition in accordance with the law.

SO ORDERED this the 3rd day of July, 2024.

<u>/s/ John A. Woodcock, Jr.</u>
UNITED STATES DISTRICT JUDGE