**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 OCT -8 A 11: 42

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 1:24-cv-00165-JAW |
| 9 ST. ALBANS ROAD, CORINNA, MAINE, with all appurtenances and improvements thereon, | |
| Defendant *In-Rem*. | |

**DECREE OF FORFEITURE**

On May 9, 2024, a Verified Complaint for Forfeiture against the Defendant *in-rem* property was filed on behalf of the plaintiff United States of America pursuant to the provisions of Title 21, United States Code, Sections 881(a)(7) and 28 United States Code §2461(a).

On June 7, 2024, potential claimants 336 Apex Inc., the owner of record of the Defendant *in-rem* property, and its President and Director, Wen Hui Li , were served by certified mail with a copy of the Verified Complaint for Forfeiture, Notice of Forfeiture (in English and Chinese), and a Lis Pendens relating to this matter. On June 25, 2024, the Government received signed Acceptance of Service forms from 336 Apex, Inc. and Wen Hui Li, indicating that they would not be filing claims.

On June 7, 2024, potential claimant Jing Zheng, a potential lessee of the property, was served via certified mail with a copy of the Verified Complaint for Forfeiture, Notice of Forfeiture (in English and Chinese), and a Lis Pendens relating to this matter. U.S. Postal Tracking documentation confirmed that the Notice was picked up at the Post Office on June 11, 2024. No claim was received from Jing Zheng.

Between May 22, 2024 and June 20, 2024, notice of this action was published on the official government website www.forfeiture.gov.

On June 27, 2024, copies of the Verified Complaint for Forfeiture, Notice of Forfeiture (in English and Chinese) and a copy of the Lis Pendens relating to this matter were posted on the Defendant *in-rem* property by the United States Marshals Service.

It appears that process was fully issued in this action and returned according to law.

On September 9, 2024, the Defendant *in-rem* property and all persons claiming an interest in the Defendant *in-rem* property were defaulted.

It appears from the record that no other claims, contested or otherwise, have been filed against the Defendant *in-rem* property and the time to do so has expired.

NOW THEREFORE, on motion of the plaintiff United States of America for a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Defendant *in-rem* property is **FORFEITED** to the United States of America and that no right, title, or interest shall exist in any other person or entity, including any rights of possession or occupancy.

**IT IS FURTHER ORDERED** that the Defendant *in-rem* property shall be disposed of according to law.

SO ORDERED,

DATED: October 8, 2024

John A. Woodcock, Jr.
United States District Court