U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 1:24-cv-00165-JAW |
| **DEFENDANT** 9 St. Albans Road, Corinna, Maine | **TYPE OF PROCESS** Civil Decree of Forfeiture |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: U.S. Marshals Service
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 156 Federal Street, Portland, ME 04101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Assistant United States Attorney Andrew Lizotte
United States Attorney's Office
202 Harlow Street, Room 10100
Bangor, ME 04401

Number of process to be served with this Form 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

CATS # 24-DEA-712446 - As to the real property located at 9 St. Albans Road, Corinna, Maine, secure and maintain the premises under the terms and conditions as recently discussed between USMS and USAO, including, as necessary removing any unauthorized persons. Permit entry of persons authorized by the USAO, to include Penquis CAP employees, who may enter and inspect the real property in order to evaluate the same for possible application and transfer under the USMS Operation Goodwill Program. To the extent no transfer occurs in a timely manner (continued below under remarks)

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
KIMBERLEY WOODWARD  Digitally signed by KIMBERLEY WOODWARD Date: 2024.10.09 09:59:28 -04'00'
TELEPHONE NUMBER: 207 780-3257
DATE: 10/9/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process:
District of Origin No. 31
District to Serve No. 31
Signature of Authorized USMS Deputy or Clerk
Date: 10/10/24

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 11-15-2024  Time: 0930 [X] am
Address (complete only if different than shown above):
Signature of U.S. Marshal or Deputy: 4636

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

under the USMS Operation Goodwill Program, USMS to sell/liquidate the property under the terms and conditions as recently discussed between USMS and USAO.

Form USM-285
Rev. 03/21